**FILED**
September 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CR_____
DEPUTY

AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

PATTI JOHNSON, et al.,
Plaintiffs,

v.

OFELIA HEITZ, Trustee of the HEITZ MARTIAL DEDUCTION TRUST, et al.,
Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-22-CV-0037 AM/MHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

IT IS THEREFORE ORDERED that, pursuant to Rule 41(b), the Plaintiffs' claims asserted in this suit are DISMISSED WITH PREJUDICE. Fed. R. Civ. P. 41(b). The Parties shall bear their own costs. It is FURTHER ORDERED that the Motion for Partial Summary Judgment, along with any other pending motions, are DENIED AS MOOT.

September 27, 2023
Date



Philip J. Devlin
Clerk

_Cecilia R.___
(By) Deputy Clerk