**FILED**
**NOV 2 8 2023**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 28, 2023

Mr. Philip Devlin
Western District of Texas, Del Rio
United States District Court
111 E. Broadway Street
Room L100
Del Rio, TX 78840-0000

      No. 23-50756   Johnson v. Heitz
                         USDC No. 2:22-CV-37

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Casey A. Sullivan, Deputy Clerk
                                504-310-7642

cc w/encl:
    Mr. Calhoun Edd Bobbitt
    Ms. Catrina Lynn Purcell Longoria
    Mr. James W. Rudnicki
    Mr. Jesus Zuniga



# United States Court of Appeals for the Fifth Circuit

A True Copy
Certified order issued Nov 28, 2023

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 23-50756

United States Court of Appeals
Fifth Circuit
**FILED**
November 28, 2023

Lyle W. Cayce
Clerk

Patti Johnson; Michael O'Banion; Kelly N. Fehrenbach; Christine Harlow,

*Plaintiffs—Appellants,*

versus

Ofelia Heitz, *Trustee of* the Heitz Marital Deduction Trust; Cadence Bank, *Trustee of* the Heitz Marital Deduction Trust,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:22-CV-37

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of November 28, 2023, for want of prosecution. The appellant failed to timely pay the fee.

No. 23-50756

By: _____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT